# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA, :

        Plaintiff,          Case No. 1:09-cr-067
                              Also Case No. 1:13-cv-450

-vs-

                              District Judge Susan J. Dlott
ROBERT L. SCHWARTZ,         Magistrate Judge Michael R. Merz

        Defendant. :

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS

      The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #118), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendations.

      It is hereby ORDERED that Defendant's Motion for Reconsideration under Fed. R. Civ. P. 59(e) (Doc. #111) is denied. Defendant is denied any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

February 3, 2015.

                                                    _____
                                                    Susan J. Dlott
                                                    United States District Judge